IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY B. MOORE, | 1:07-cv-01816-LJO-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
| vs. | |
| LYDIA C. HENSE, | |
| Respondent. | (DOCUMENT #6) |
| _____/ | FEBRUARY 21, 2008  DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 28, 2007, petitioner filed a motion to extend time to file objections to Magistrate Judge's Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted to and including February 21, 2008 in which to file objections.

IT IS SO ORDERED.

**Dated:   January 15, 2008**            /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE