| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| LARRY B. MOORE, | 1:07-CV-01816 LJO SMS (HC) |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE ACTION, AND DENYING ALL PENDING MOTIONS AS MOOT |
|     v. | |
| LYDIA C. HENSE, | |
|     Respondent. | [Docs. 5, 10, 13] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 18, 2007, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED, as the claims were not claim via section 2254. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On April 11, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 18, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of the Court is DIRECTED to close this action. This terminates this action in its entirety; and,
4. All pending motions are DENIED as moot.

IT IS SO ORDERED.

**Dated:   May 6, 2008**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE